UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BENJAMIN MOSLEY ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-2674** |
| **BRISTOW U.S., LLC ET AL** | **SECTION: A(3)** |

## JUDGMENT

Pursuant to the Order and Reasons entered herein,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants, Bristow U.S., LLC and Bristow Holdings U.S., Inc., and against the named plaintiffs, Benjamin Mosley, Steven Tucker, and Grayson Young, along with all opt-in plaintiffs, dismissing the complaint with prejudice.

New Orleans, Louisiana, this 23rd day of April 2025.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 112